Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of New York
(State)

Case number (if known): _____ Chapter ____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: Champions League Partners, Inc.

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or doing business as names.

   None known.

4. Debtor's federal Employer Identification Number (EIN)

   ☒ Unknown

   EIN __ __ - __ __ __ __ __ __ __

5. Debtor's address

   **Principal place of business**

   630    Fifth Avenue
   Number    Street

   20th Floor

   New York        NY    10111
   City            State  ZIP Code

   New York County
   County

   **Mailing address, if different**

   108    2nd Street
   Number    Street

   _____
   P.O. Box

   Excelsior         MN    55331
   City              State  ZIP Code

   Location of principal assets, if different from principal place of business

   _____  _____
   Number  Street

   _____

   _____
   City            State    ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor __Champions League Partners, Inc.__   Case number (if known) _____
       Name

**6. Debtor's website (URL)**   None.

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                                   MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                                   MM / DD / YYYY

## Part 3:   Report About the Case

**10. Venue**

Check one:
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205   Involuntary Petition Against a Non-Individual   page 2

Debtor    __Champions League Partners, Inc.__    Case number (if known)_____
             Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Peter Kohn | secured debt* | $ 179,500.00 |
| Efern Servino | secured debt* | $ 80,000.00 |
| Edward Chapman | secured debt* | $ 85,000.00 |
| | Total of petitioners' claims | $ 344,500.00 |

*Petitioners understand the value of their lien to be at or near $0.

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**         **Attorneys**

**Name and mailing address of petitioner**

Peter Kohn
Name

8337    Curico Lane
Number    Street

Charlotte        NC        28297
City              State    ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City _____  State ____  ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 18 / 2018
              MM / DD / YYYY

✗ _(signed) Peter Kohn_
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ____/____/____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Champions League Partners, Inc.  
      Name

Case number (if known) _____

### Name and mailing address of petitioner

Efern Servino  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
      MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City    State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____  
Signature of attorney

Date signed _____  
      MM / DD / YYYY

---

### Name and mailing address of petitioner

Edward Chapman  
Name

2755 Innsbruck Dr.  
Number    Street

New Brighton    MN    55112  
City    State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
      MM / DD / YYYY

✗ *Edward J. Chapman*  
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City    State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____  
Signature of attorney

Date signed _____  
      MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Debtor  Champions League Partners, Inc.    Case number (if known) _____
       Name

**Name and mailing address of petitioner**

Efern Servino
Name

2373 W. 253 St
Number  Street

Lomita          CA     90717
City           State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/30/2018
            MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Edward Chapman
Name

_____
Number  Street

_____
City    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY